UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL YOUNG and LINDA YOUNG, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHNSON COUNTY, IOWA; and LONNY PULKRABEK, individually and as Sheriff of Johnson County, Iowa, <br><br> Defendants. | CASE NO. <br><br> COMPLAINT AND JURY DEMAND |

COMES NOW Plaintiffs, Michael and Linda Young, and for their Complaint and Jury Demand against Defendants, Johnson County, Iowa and Lonny Pulkrabek, individually and as Sheriff of Johnson County, Iowa; and in support thereof state, as follows:

**INTRODUCTION**

1. This action is brought pursuant to 42 U.S.C. § 1983; the Constitution of the United States of America; and the Constitution of the State of Iowa.

2. All of the wrongful and unconstitutional acts alleged below were committed or commenced by Defendants in Johnson County, Iowa, on or about January 12, 2015.

**PARTIES**

3. At all times material hereto, Michael Young (hereinafter referred to as "Michael") and Linda Young (hereinafter referred to as "Linda") (or collectively referred to as the "Youngs.") were citizens and residents of North Liberty, Johnson County, Iowa.

4. Lonny Pulkrabek (hereinafter referred to as "Pulkrabek") at all times material hereto was the Sheriff of Johnson County, Iowa and was involved in the Johnson County, Iowa

Sheriff's office's violation of Plaintiffs' First (speech, assembly and association) and Fourteenth (due process and equal protection) Amendment Rights under the U.S. Constitution and Article I, Sections 1, 6, 7, 9 and 20 of the Iowa Constitution.

5. Johnson County, Iowa, is a governmental subdivision of the State of Iowa and operates a Sheriff's office, employing Defendant Pulkrabek and other law enforcement officers who routinely issue unconstitutional alleged criminal warnings designed to chill constitutionally protected speech and conduct.

## JURISDICTION

6. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §1331 and 42 U.S.C. §1983.

7. Venue is appropriate in this judicial district pursuant to 28 U.S.C. §1391(b) in that one or more of the defendants live and/or do business in this district and the events that give rise to this claim, or the commencement of the events that give rise to this claim, occurred in this district.

## FACTUAL BACKGROUND

8. On or about January 12, 2015, a "Warning For Criminal Trespass And/Or Harassment" document was served by Johnson County Sheriff Deputies upon Plaintiffs.

9. This document was served upon Plaintiffs directing them to "NOT enter or remain upon the property of All Mercy Hospital," and to "NOT make ANY annoying or harassing phone calls, texts or e-mails to Mercy Hospital."

10. The unilateral legal process was served upon Plaintiffs to keep them from visiting Michael's mother while she was a patient at Mercy Hospital at the request of another family member.

11.     The documents were served under color of state law for the purpose of having a chilling effect on the free speech, freedom of assembly, freedom of association, substantive due process and equal protection rights of Plaintiffs, without providing any procedural due process in the form of advance notice or the opportunity to be heard to contest the directive.

12.     These alleged "warnings," unilaterally served at the request of other individuals without any hearing or appeal process, violate the constitutional protections of Plaintiffs.

13.     The defendants have a pattern or practice of issuing these alleged "warnings."

14.     Johnson County, Iowa is liable for the wrongful and unconstitutional conduct of Pulkrabek in violating the rights of Plaintiffs because such conduct was in accord with the policy, pattern, or practice of the Johnson County, Iowa Sheriff's office; and/or because of the actual or constructive knowledge of similar prior unconstitutional acts by Pulkrabek and officers under his command.

15.     The actions of Pulkrabek, in violation of Plaintiffs' constitutional rights, constitute a willful and wanton disregard for the rights Plaintiffs and caused actual damage to Plaintiffs subjecting Pulkrabek to punitive damages.

16.     Pulkrabek is individually responsible for his unconstitutional, and/or intentional, and/or reckless conduct.

17.     At all times material hereto Pulkrabek and officers under his command, acted under color of state law in issuing the trespass warnings to the Youngs.

### COUNT I.     FREEDOM OF SPEECH

18.     Defendants, acting under color of state law, violated the Youngs' right to freedom of speech as guaranteed by the First Amendment of the U.S. Constitution and Article I, Section 7 of the Iowa Constitution.

19. The Defendants constitutional violation proximately caused damages to the Youngs, including emotional pain and trauma.

**WHEREFORE,** the Plaintiffs Michael and Linda Young pray for judgment against the Defendants, Johnson County and Lonnie Pulkrabek, individually and as Sheriff for Johnson County; in an amount which will fully and fairly compensate them for their injuries and damages; for attorneys' fees; for interest and costs as allowed by law; for punitive damages against Pulkrabek; and for such other and further relief as may be just in the premises.

### COUNT II.   FREEDOM OF ASSEMBLY

20. Defendants, acting under color of state law, violated the Youngs' right to freedom of assembly as guaranteed by the First Amendment of the U.S. Constitution and Article I, Section 20 of the Iowa Constitution.

21. The Defendants constitutional violation proximately caused damages to the Youngs, including emotional pain and trauma.

**WHEREFORE,** the Plaintiffs Michael and Linda Young pray for judgment against the Defendants, Johnson County and Lonnie Pulkrabek, individually and as Sheriff for Johnson County; in an amount which will fully and fairly compensate them for their injuries and damages; for attorneys' fees; for interest and costs as allowed by law; for punitive damages against Pulkrabek; and for such other and further relief as may be just in the premises.

### COUNT III.   FREEDOM OF ASSOCIATION

22. Defendants, acting under the color of state law, violated the right of Plaintiffs to the freedom of association, embodied by the First Amendment, defined as the right to "enter into and maintain certain intimate human relationships [without] undue intrusion by the State."

*Roberts v. U.S. Jaycees*, 468 U.S. 609, 617–18 (1984), and Article I, Section 1, of the Iowa Constitution.

23. The Defendants constitutional violation proximately caused damages to the Youngs, including emotional pain and trauma.

**WHEREFORE,** the Plaintiffs Michael and Linda Young pray for judgment against the Defendants, Johnson County and Lonnie Pulkrabek, individually and as Sheriff for Johnson County; in an amount which will fully and fairly compensate them for their injuries and damages; for attorneys' fees; for interest and costs as allowed by law; for punitive damages against Pulkrabek; and for such other and further relief as may be just in the premises.

## COUNT IV.   PROCEDURAL DUE PROCESS

24. Defendants, acting under the color of state law, violated the Plaintiffs' right to procedural due process, as provided by the Fourteenth Amendment, as no state shall "deprive any person of life, liberty, or property, without due process of law." U.S. Const. Amend. XIV, § 1, and Article I, Section 9, of the Iowa Constitution.

25. The Defendants constitutional violation proximately caused damages to the Youngs, including emotional pain and trauma.

**WHEREFORE,** the Plaintiffs Michael and Linda Young pray for judgment against the Defendants, Johnson County and Lonnie Pulkrabek, individually and as Sheriff for Johnson County; in an amount which will fully and fairly compensate them for their injuries and damages; for attorneys' fees; for interest and costs as allowed by law; for punitive damages against Pulkrabek; and for such other and further relief as may be just in the premises.

## COUNT V.    SUBSTANTIVE DUE PROCESS

26. Defendants, acting under the color of state law, violated the Plaintiffs' right to substantive due process, as provided by the Fourteenth Amendment, as no state shall "deprive any person of life, liberty, or property, without due process of law." U.S. Const. Amend. XIV, § 1, and Article I, Section 9, of the Iowa Constitution.

27. The Defendants constitutional violation proximately caused damages to the Youngs, including emotional pain and trauma.

**WHEREFORE,** the Plaintiffs Michael and Linda Young pray for judgment against the Defendants, Johnson County and Lonnie Pulkrabek, individually and as Sheriff for Johnson County; in an amount which will fully and fairly compensate them for their injuries and damages; for attorneys' fees; for interest and costs as allowed by law; for punitive damages against Pulkrabek; and for such other and further relief as may be just in the premises.

## COUNT VI.   EQUAL PROTECTION

28. Defendants, acting under the color of state law, violated the Plaintiffs' right to equal protection, as provided by the Fourteenth Amendment, as no state shall "deny to any person within its jurisdiction the equal protection of the laws." U.S. Const. Amend. XIV, § 1, and Article I, Sections 1 and 6, of the Iowa Constitution.

29. The Defendants conduct provided state sponsored authority to individuals seeking to limit the Youngs access to and interaction with Michael's mother with unilateral and unappealable means to effectuate that goal, all to the detriment of the Youngs.

30. The Defendants constitutional violation proximately caused damages to the Youngs, including emotional pain and trauma.

**WHEREFORE,** the Plaintiffs Michael and Linda Young pray for judgment against the Defendants, Johnson County and Lonnie Pulkrabek, individually and as Sheriff for Johnson

County; in an amount which will fully and fairly compensate them for their injuries and damages; for attorneys' fees; for interest and costs as allowed by law; for punitive damages against Pulkrabek; and for such other and further relief as may be just in the premises.

## COUNT VII. DECLARATORY AND INJUNCTIVE RELIEF

31. Plaintiffs seek judgment declaring that Defendant Johnson County must cease the activities described herein and enjoin Johnson County from issuing the alleged warnings any further.

32. The Constitutional violations alleged in this complaint arise from Johnson County's official policy, sanctioned by Defendant Johnson County.

33. The harm suffered by Plaintiffs directly stems from Johnson County's official policy to issue the alleged warnings without notice or an opportunity to be heard.

34. At the time of filing a real and immediate threat of future Constitutional rights violations exists for the plaintiffs because they and others are subject to receiving additional such "warnings" at the whim of anyone wishing to file a request that such a warning be served.

35. Johnson County's policy to issue the alleged warnings caused and will continue to cause irreparable harm, outweighing any security interest the county may assert.

36. Granting an injunction will serve the public interest due to the sheer number of individuals, members of the public, who have been, and will be if the injunction is not granted, subjected to Johnson County's alleged warnings.

37. Absent injunctive relief, there is no guarantee that Defendant Johnson County will cease its illegal policy and practice of unilaterally issuing such warnings, as alleged in this complaint.

**WHEREFORE,** the Plaintiffs Michael Young and Linda Young pray for judgment against the Defendants, Johnson County, Iowa; Lonny Pulkrabek, individually and as Sheriff of Johnson County, Iowa, ordering Johnson County to immediately desist from issuing such warnings and seek both a preliminary and permanent injunction from this Court ordering the same; and for such other and further relief as may be just in the premises.

## JURY DEMAND

Plaintiffs Michael Young and Linda Young hereby request a jury trial on all issues raised by this Complaint.

Respectfully submitted,

**Dave O'Brien Law**

1500 Center St. NE
Cedar Rapids, Iowa 52402
Phone:   (319) 861-3001
Fax:       (319) 861-3007
E-mail: dave@daveobrienlaw.com

By:      */s/ David A. O'Brien*
DAVID A. O'BRIEN, AT0005870

*ATTORNEY FOR PLAINTIFFS*